

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00629-CR

| | | |
|---|---|---|
| Juan Manuel Deleon | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1285696R) |
| v. | § | August 14, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
     Justice Lee Gabriel